961 F.2d 210
 Vos (Donald)
v.
Ciazzia (Honorable Judge), Horne (Peter E.), Doe (John, 1,
II, III, IV, V), County of Lawrence, Doe (John, VI), Morgan
(Helen I.), Ried (Lawrence J.), Lacher (James M.), Pletcher
(Susan), Macciore (Bob), Benning (L.P.), Wolfe (William J.),
Wilson (James H.), Chapple (Christy L.), Harrison (Bruce),
Agnolucci (Mr.), Monsour (Doctor Howard), Ayub (Doctor Omar)
 NO. 91-3264
 United States Court of Appeals,
Third Circuit.
 Mar 16, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.